# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Harold Eugene Patton**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:11cv331 |
| | ) | 1:07cr33-9 |
| vs. | ) | |
| | ) | |
| United States of America**,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2014 Memorandum of Decision and Order.

August 6, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court